UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE-OPELOUSAS DIVISION

| | | |
|---|---|---|
| **Vicki Burgess** | * | **Civil Action No. 07-385** |
| **versus** | * | **Judge Tucker L. Melançon** |
| **Ryan's Family Steakhouse, Inc.** | * | **Magistrate Judge Methvin** |

**JUDGMENT**

Defendant, Ryan's Family Steak House, Inc., removed this matter to federal court based on the allegation that the amount in controversy exceeds $75,000 and that this court has diversity jurisdiction under 28 U.S.C. sec. 1332 [Rec. Doc. 1].  On April 30, 2007, United States Magistrate Judge Mildred E. Methvin issued an Order requiring submission on jurisdictional amount [Rec. Doc. 8].  In considering defendant's Submission [Rec. Doc. 9], by Report and Recommendation, the Magistrate Judge found that the jurisdictional amount has not been satisfied in this case, and recommended that the case be remanded to the Fifteenth Judicial District Court, Parish of Lafayette, State of Louisiana [Rec. Doc. 10].  No objections have been filed. After an independent review of the record, the Court concludes that the findings and recommendation of the magistrate judge are correct under the applicable law and therefore adopts the conclusions set forth therein. It is therefore,

**ORDERED** that this case be REMANDED to the Fifteenth Judicial District Court, Parish of Lafayette, State of Louisiana.

Thus done and signed this 11th day of July, 2007, at Lafayette, Louisiana.

_____
Tucker L. Melançon
UNITED STATES DISTRICT JUDGE